IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL WAYNE LAPACH                                                          PLAINTIFF

        v.                              Civil No. 10-2003

BRANDON REYNOLDS;
RICK PERTESON; and
JERRY DORTY                                                                   DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this case pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

On March 4, 2010, plaintiff filed a motion to dismiss the case (Doc. 13). He indicates he no longer desires to pursue the case. Defendants filed a response (Doc. 14) stating they have no objection to the dismissal.

I therefore recommend that the motion to dismiss (Doc. 13) be granted.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of April 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)