IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DARRELL WAYNE LAPACH                                           PLAINTIFF

v.                          Case No. 10-2003

BRANDON REYNOLDS; RICK
PERTESON and JERRY DORTY                                       DEFENDANTS

## **ORDER**

Now on this 28th day of April 2010, there comes on for consideration the report and recommendation filed on April 7, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas (Doc. 15). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Dismiss (Doc. 13) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge